*Request for Trial* — *Civil / hearing request*

*09-cv-222-PH*

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

'09 JUN -2 P 2:11

Hope_E_Sherburne[2]

Hope E Sherburne
Plaintiff

VS.    *Glass Slipper Boston*

Michael Romano, Michael Bennett, Fred Jones  *F Mikes*
Tung W. Ng   *Lynn*
Defendants   *medford, MASS*

Plaintiffs' Motion To Continue Civil/Criminal Complaint and Nondismissal Of

Now comes the plaintiff Hope E Sherburne, in defense of the above defendants motion to dismiss
case.
Plaintiff is requesting case be reopened in enlightenment of Statement Of The Facts and requests
this honorable court to reconsider.

Overview , it has taken the defendants two months to respond to plaintiffs complaint in which
they were requested only twenty.

In response the defendants have clearly stated that this is also a temporary restraining order, in
which the plaintiff did not request. It is clear that the defendants are pertaining to a previous
motion for this in which does not pertain to this complaint at all, therefor this is an unfactual
statement..

The defendants are clearly stating that they have not been aware of the Statement of Facts
corresponding to the plaintiffs complaint of " conspiratorial acts"
The following statement of facts and torts are listed in order in response to this motion and
should not be overlooked as they have caused the plaintiff significant punitive damages.

In due protection of the plaintiff and her children some names are not mentioned and one tort is
not stated.

1) 1995 Sexual Assault
In 1995 the plaintiff began working as a dancer at the Glass Slipper in order to provide for her two year old son and self.
Mr Ng offfered a room uopstairs in which the plaintiff was lenient to stay in  yet was reassured by Mr.Ng that she was safe
and noone would hurt or bother her.
Mr.Ng  came into the plaintiffs' room one morning and began touching her.
The plaintiff was caught off guard , and was not aware of what was going to occur.
Plaintiff was then fired .

2) Sexual Abuse
Within this time frame Mr. Ng remained with the plaintiff with disregard for her as
a female, therefor Dr. Collins realized and
that plainiff was being pervertedly sexually abused. this led to plaintiff being
harrassed, and referred to in immoral ways by others.

Scanned by: bfa
Folder Location: Tues
File Name: dbh09cv222
Names of Attachments, if any:

Hope_E_Sherburne[2]

3) 1995-2005 Malicious Stalking
Mr Ng. proceeded to maintain his physical presence ignoring the plaintiffs wants for him to get away from her.
Plaintiff was unaware of clubowners cyber stalking as well.
Plaintiff was arrested every two years for OUI is clear that this is related.
4) Invasion Of Privacy
Plaintiff states that during this time period that her personal life has been discussed inside this establishment .
It has been made clear that Mr.Ng would and proceeded to until her second sons birth discuss plaintiffs personal life
such as her first son, his father, her, her family in Maine and her fertility days to now clubowner Bennett.
Bennett exchanged this information to her second sons' father Hodgin.

4) Interference With Peace of Mind / Mental Anguish
Plaintiff is stating that while Mr.Ng was residing with her, she would question where his posessions were, and
felt it odd tht he had none.After meeting Mr. Ng the plaintiff began to feel terrorized due to his consistent
coinsidement with eldest clubowner  Bennett Sr., by hiring private detectives to follow plaintiff around and
say it was"in her head". Mr. Ng began terrorizing plaintiff by other violent means as well including hiring hitmenin which plaintiff
states n further details of.
After these events the plaintiff began seeing a therapist and was diagnosed with depression, leading to anxiety stemming from
traumatic events which were occuring.

5) Extortion
Mr. Ng began meeting with her eldest sons' father and began taking over child support payments to him without plaintiffs' knowledge.
Plaintiff did not see her son on a regular basis and wondered what was coinsiding between them.
In 2005 her second child was removed due to the unknown corolation of her second sons' father and Mr. Ng, and Bennett.
Plaintiff was threatened by family blaming Mr. Ng on her and incinuating that she was a "prostitute".

6) Blackmail
Plaintiff  fell ill and suffered  from a cocaine problem for a short time, due to being mentally anguished by Mr. Ng.and
the extortion of eldest child.Plaintiff admits this and Bennett has taken pictures of this overpowering her around 1998.
these pictures were shown after her second sons' birth by Mr. Bennett to her sons family . Due to this, her second child was
removed as Bennett proceeded to use them to slander her immorally, as well as second childs' father.
These are being used against her Eleven years later by her second sons' family towards DSS.
9) In 2005 the plaintiff gave birth to second son.It was at this time as the mother of a newborn (as well as 13 yr. old) that she was
mocked around town, and referred to as a "wacko" as she would sometimes call Mr. Ng.
Plaintiff was then given extensive drugs while in postpartum phase (as her Dr. of then ten years had retired fearing for her safety)
by now residences.Calls were being made to them by babys' family and Bennett saying that plaintiff had "schizophrania". Plaintiff had once confided in her eldest sons father that her maternal mother was diagnosed
 with
this and therefor this "confidence" was broken within his encounters with Mr.Ng, therefor being discussed inside The Glass Slipper
in which plaintiff had no association with in any way except for the now known

Page 2

Hope_E_Sherburne[2]

corolation of Mr. Ng, MR. MichaelBennett, and now
newborn sons' family, the Hodgins.
Plaintiff has lost second child due to the Hodgins' harrassment of her due to this and their consistent
attempts to convince the public that she is "mentatlly ill" and unable to take care of her children through ties to DSS.
Plaintiff is a licensed Real Estate agent and always thought about the well being of her and her sons' future.
Due to the defendants, she is unemployed, as second childs' family has slandered her along with Bennett to
government agencies, hindering her.

8)Harrassment
Plaintiff has suffered severe harrassment due to the allegations, coercement, and blackmail of  Bennett, and second sons' family.
Plaintiff states that her eldest son now seventeen has been harrassed as well.
Plainiff is stating that youngest sons' family began harrassing her about not working yet they are the reason that she
cannot perform her duties as a realtor due to their coercement to Government ,and judicial agencies preventing her from
providing adequately for her and her two children deliberately.

9)False Imprisonment
In 2001 Mr. Ng testified against the plaintiff claiming "she does not work".Yet it was due to his own damages that the plaintiff
was being mentally hindered,yet tried. Plaintiff served six months.It is clear tht these OUI arrests are allin a period of time within only seven years
which would and did outweigh the statute of limitations in which the plaintiff had a right to seek damages for the sexual assault upstairs of this
establishment.Plaintiff states she was on her way to another state tofurther her educaation, and to get away from Mr.Ng when she met her second
sons' father and second son was born with no knowledge of any corolation between sons' father and clubowner.
Plaintiffs' right to operate in Massachusetts has been held since the birth of her second child, therefor interacting coercement
of the RMV by now Bennett and second sons' family.

10)Conspiracy to Commit Prostitution
It has been made aware to the plaitiff that while Tung W. Ng was residing with her and was still
employed at the Glass Slipper that he received money in a dollar amt. In exchange for her sons
father to meet her while she had nothing to do with this establishment. In 2005 her second son
was born, and it was only then that Mr. Bennett was harrassing her sometimes within her own
apartment through Tung.W. Ng.
Pictures taken by Bennett in 1998 have been shown to authorities in order to defend this,therefore second son has
been with his fathers' family due to coercement and blackmail per Mr.Bennett and now sons' family.

11)2006) Invasion of Privacy
Plaintiff states that her privacy and personal life has and was given out to this public
evtertainment club. Mr. Ng gave out plaintiffs fertility
days to this bar. Plaintiff became pregnant with second child.

12) Extortion 2002
Mr. Ng began paying plaintiffs exboyfriend and father of her eldest child child support under her
name in which she could not have afforded on her own, she was not aware of this.Significant

Hope_E_Sherburne[2]

funds were being given to ex boyfriend/father of oldest child by Mr. Ng who still bartends at this establishment.It has been made aware to the plaintiff that Mr. Ng was complaining to Mr. Bennett Sr. who is now deceased and asked him to help maliciosly damage the plaitiff. The plaintiff was arrested every two years for OUI charges and even her second probation officer said "Ng. Is doing something" The plaintiff was also imprisoned for six months and it has been rumored that bribery was involved per Ng and Mr. Benett Sr. in 2006 while plaintiff still resided with the fathers' will with Mr.Ng, DSS proceeded to remove plaintiffs second child at only five months due to the malice against mother from Bennett, Ng and now Hodgin. Plaintiff states that her 16 year old son was returned and then taken from her due to maliciousness towards her and defamation by second childs famillies incinuations to DSS.

13) False Imprisonment
Mr. Ng then testified against the plaintiff yet not claiming she was a dancer and he was a bartender. And complaining on the stand "she does not work" Yet it was due to his own damages that the plaintiff was unable to obtain work yet had tried. Plaintiff served six months. It is clear that these OUI arrests are all in a period of time within only seven years which would outweigh the statute of limitations in which the plaintiff had a right to seek damages for the sexual assault upstairs of this establishment.

14) Slander2005
In 2005 the plaintiff gave birth to her second son .It was at this time as the mother of a newborn (as well a 13 yr old) that she was mocked around town, was referred to as a "wacko" inside her gym, was given estensive drugs through her psychiatrist as calls wre made by babys' family saying that the plaintiff has schizophrania, due to Mr Ng and Mr. Bennett . It ws only after her son was born that it was made clear that there was a corolation between Mr. Bennett and the plaitiffs 'new sons' grand parents therefor Mr. Bennett and Mr. Ng (who still resided at plaintiffs residence) were exchanging any past or present information about the plaitiff and upon this plaintiff lost custody of her son due to any past known mistakes she may have made yet were used almost a decade later and in which plaintiffs' only link to this club would have been through her roomate Mr. Ng. who was giving out personal day to day information of her to Mr. Bennett and therefor to the grandparents . Mr. Bennett was heard (in which he denies) in plaintiffs basement saying "but Michael loves the prostitute".Plaintiff has been mentally and morally slandered as well as her character defamed.

15) Interference with Peace of Mind1995-2007.
In 1995 while working at his establishment and after meeting Mr. Ng the plaintiff began seeing a

Hope_E_Sherburne[2]

psychiatrist and was diagnosed with anxiety, depression and she was also given the fact byDr.
Martha Collins that perverted sexual abuse was inflicted upon her by Mr Ng.
Mr. Ng was terorizing her by coinsiding with Bennett Sr. In other ways including hiring private
detectives to follow plaintiff around and watch her every move. Also engaging in hiring hitmen
In which plaintiff is stating no further details of. Dr. Collins suggested to the plaintiff that she go
on SSI due to the mental anguish which was being inflicte upon her but this was not until after
she was incarcerated in 2003. Dr .Collins' said that she felt that plaitiff deserved it due to their
sessions and talks about Mr. NG and how she was incarcerated due to thie above mentioned s
tatements. In 2005 while plaintiff was pregnant with second child in which MR. Bennett again
denies knowing the father or having any sort of corolation with as does the father MJ.In which it
is obvious that the father of plaintiffs second son does and has been in corolation on occasin with
and did give Mr Ng. Money towards in 2002 in order to see her.Plaintiff fhad no knowledge of
this until after second son was born in which she was referred to in immoral ways by Mr. Bennett
and babies grandfather. Plaintiffs Dr. Retired and was fearful for plaintiffs life.

14) Sabotage2006
Plaintiff had no license to operate a motor vehicle due to above mentioned facts.In January of
2006 her ability to have her licence reinstated came up and was scheduled for the Board of
Insurance.Plaintiff had new baby as well as14 yr. Old . The day before she was scheduled to go in
front of the board, Mr. Roger Babb who is the chairman of the board approached the plaintiff
while she was on her way to the gym.Mr. Babb was wearing a cobalt blue rubber bracelet with
the plaitiffs' name on it and proceeded to grin and pursue a conversation with plaintiff. Plaintiff
thought this was rather odd but was cordial and questioned this bracelet. She was then advised tht
these bracelets were perhaps being made for emplyees of the Glass Slipper and that Mr NG
and/or Mr. Bennett told Mr. Babb to withhold the license .

15) Lost Wages
Plaintiff is a licensed Real Estate Agent and was offered a job at Prudential Prime Realty only if
she can drive, as this is a major role in the field of realty.Plaintiff has been unable to fulfill
requirements of her career and due to these conspirtorial acts was unable to further her career .
Plaintiff has been hindered since loss of license, and grief of loosing children due to coercement.

16) Coercemant of Government Agencies
Due to stated actions  Bennett and Hodgin have coerced DSS , and other agencies resulting in hindering
plaintiff
and her ability to keep and take caare of her two children purposely. Malicious intentions and entrapment to officials.

Hope_E_Sherburne[2]

11) Voluntary Manslaughter 2007
Plaintiff states that she is originally from a rural area in Maine, where she began taking buses and travelling
in ambulances with her father after her second childs' birth. Plaintiff states her life was being threatened at the same
time
her baby was taken. Plaintiffs' father was ill and feared for his daughter at the same time. due to slander resulting from
 this
establishment towards her and her father his emotional well being faded as well.Plaintiffs' father died three months after
plaintiff  stated to the Registry of Motor Vehicles that her father was in need for her help as well as her own life.
Malicious accusations towards plaintiff and her father as well, resulted from Bennett.

20 12)Interference with Freedom of Movement
Upon being falsely imprisoned , the infliction of intentional mental abuse resulting from these
conspiratorial acts, has hindered the plaintiff .

13)Threatening of Ones' Life
Plaintiffs' life has been threatened in several ways on several occasions due to the conspiratorial acts of the defendants.
Plaintiff has not worked nor has been affeliatd as an employee of  The glass Slipper in over a decade.
Attempts on her life have resulted in her children being kept from her.
Nonames are mentioned regarding this in order to protect her and her two children.

21 19) Judicial Tampering
Upon the removal of Superior Court to its' new location three years ago, plaintiff has been harrassed by the system in a
way that prevented her from showing this affidavit to a judge. No judge has reviewed this affidavit, except for unwanted
insiders in order to inflict harrassment against plaintiff yet.
Michael Sullivan coerced this court and two judges into not looking at it.

22 20) Medical Malpractice
Plaintiff states that she has taken clonazepam since 1995 as prescribed by her longterm Dr. Colllins.Dr Collins retired while plaintiff was pregnant with second
child afraid concerned about plaintiffs wellbeing regarding second childs' family.
After second son (now 3) plaintiff states her medical issues were publicised to the director of Tufts New England Hospital where her longterm Dr. had resided.
Upon her dismissal from the hospital it was only after her second son was born that she was told by Dr. Lieberman, now director that this may not be the right
"facility" for her.Plaintiff is stating that she was immediately malpracticed upon while still in postpartum phase. Plaintiff is stating that her second childs'
grandmother was coercing residences through the director to not give plaintiff clonazepam while slandering plaintiff psychologically.Plaintiff states that she was
not in right state of mind due to sons' grandmother and director  of hospital.

23 21) Victimization Of Victim (2006-2009)
In due harrassment upon the plaintiff this has been verbally and physically at times recreated.
Upon calling up to Maine and complaining to plaintiffs family, Fred Jones wired up the plaintiffs
apartment for at least two years sexually ,
and mentally abusing her incinuating she was making pornography to the publicwhich plaintiff denies.Therefor defending
her affidavit
and interrogating her about it.
Plaintiff states that Jones has recreated, and defended this in order to abuse

Page 6

Hope_E_Sherburne[2]

plaintiff and defend Bennett .
Defending the removal of her two children in which.Plaintiff states that Jones began watching her at his gym in Medford
and told NG to leave, then wired up
her apartment in which she fled, using this affidavit as an excuse to stalk, threaten, and abuse plaintiff.
Plaintiff is stating that for the past two to three years, Mr. Jones has sexually and mentally abused her, while coercing the public
 as well as her family that she is mentally ill,
Portraying himself as someone who does not know her .Jones has in all ways recreated this affidavit in due jealousy /obsession of
her and her two children and slandering her to her family,
 DSS, and other agencies along with her second childs' grandmother who exchange information .
Referring to plaintiff in immoral ways. Several calls have been made from plaintiff to FBI , Medford Pd,and
Mr. Jones has lied and/or been defended by sons' grandparents  through city hall.in order to cover up and  in an attempt to frame plaintiff,
in order to keep children from her, and defend affidavit for defendants.Tactfully stalking plaintiff for himself Bennett,
and sons' family which resulted in her children and her being kept apart from due to .
Mr. Jones has been defending himself by lieing and with the help of her second childs' grandmother who
he is defending as well, by degrading plaintiff mentally, and sexuallly. Reporting his surveillance of plaintiff
on an almost daily basis to second childs' grandmother whom degrades plaintiff to officials with Mr. Jones.
Since plaintiff moved to another city jones began using other tactics to stalk plaintiff
Mr. Jones threatens plaintiffs' life if she reports this. Electronic surveillance/cyber stalking.
Mr. Ng denies knowing anything. Jones harrasses plainiff about Ng.
Plaintiff states tht Jones has  sexually exploiting/dagrading her.
Blackmail through pictures takin by Bennett as well.

In conclusion and summary these are damages that the plaintiff and her children are entitled to pertaining
 to these  "Conspiratorial Acts" meaning that the associates of the Glass Slipper have proceeded to bother
and nuisance upon the above inflictions and /or torts. Plaintiff did report this once to them and
did complain but this was not attended to.the above mentioned torts against the plaitiff, These are
the plaintiffs' statement of facts as well as the hope of the plaintiff and her two sons' livelyhoods.

♀ _Presently_
78 Florence Street
Everett, MASS.
02149

Brattle Street Shelter
Portland me.

38 Shady Lane
Wiscasset, Maine.

Hope Sherburne
Hope E. Sherburne
6/2/09

Page 7

(415-461-2434)

—Brother,
Robert