BOSTON MA 021
15 JUN 2009 PM 15 T

USMS ME

Office of the Clerk
United States District Court
156 Federal Street
Portland, Maine
04101

04101+4152

Sherburne
76 Florence Street
Everett, Mass.