SCANNED

Hope_E_Sherburne[2] (2)

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

... JAN 22 '2 1: 4

Hope E. Sherburne
Plaintiff

Now comes Hope Sherburne in honor of this court and in acknowledgement of the proceeding Statement Of Facts regarding the defendants.

Michael Romano, Michael Bennett, T.W.Ng, Fred Jones

Plaintiff is stating that since 2005, after her second childs; birth Fred Jones has proceeded to stalk her and extort her first child, Andrew Schiavo
through slander towards DSS.
Plaintiff is statinf that Jones originally wired her apartment located at 303 Spring Street EXT. in order to watch her, in which he denies.
Plaintiff states that Jones was aware of the threats towards her after the birth of her second child now three years old.
Plaintiff states the threats made towards her at this time were from her second sons father and family the Hodgins.
Plaintiff states that Fred Jones was aware that she was residing with T.W.Ng.
Plaintiff states that Fred Jones was bothered and/or confused at this situation.
Plaintiff states that Fred Jones became aware of plaintiffs' family, in Maine and began a regular series of calls to them.
Plaintiff states that her father Ed Bancroft was aware of the malicious and violent attacks against her through this man, Fred Jones regarding
second childs' family.
Plaintiff states that Fred Jones observed her in her bedroom through surveillance.
Plaintiff states she was unaware of this, and was made aware that Fred Jones had made a certain amount of money.
Plaintiff states she was being violently assaulted with deadly weapons at this time by her second sons' family, the Hodgins.
Plaintiff states she was running from an assault with a deadly weapon due to second childs' family and their volitility towards the
corolation of T.W.Ng, Michael Hodgin, and Michael Bennett.
Plaintiff states she was unaware that Michael Hodgin was in any way corolated with the establishment she had worked at over a decade earlier
until after her second sons birth.
Plaintiff states she was being stalked/bothered by T.W.Ng, and was also being cyber stalked without any knowledge by then club owner
Bennett Sr. and son, Michael since a sexual assault .
Plaintiff states T.W.Ng. sexually assaulted and continued to mentally, and sexually abuse her from 1995-2003.
Plaintiff states that during this time period she was arrested on three OUI charges, in which T.W.Ng testified against her.
Plaintiff states she was falsely imprisoned for six months in 2003.
Plaintiff states she was lured to the South Shore, in Sharon, Mass in 2007.
Plaintiff states that she was paying for a babysitter to take card of her son Andrew, who then tried to take him from her.
Plaintiff states that she was she asked her sons father to help watch andrew while she supported them.
plaintiff states that Andrews' father filed a false allegation in Somerville District Court saying
she had "abandoned " him.
Plaintiff is stating that she has since had second child (now 3yrs.) and eldest (17 yrs.)removed form her do to false allegations of neglect
throughthe Edward J.Sullivan House, and DSS.
Plaintiff is stating her second sons' family threatened and coerced DSS,and Middlesex Superior , juvenile, and probate family court ( Edward J Sullivan House) with pictures of an illness she succomed to in her twenties over a decade ago.
Taken by Michael Bennett, in order to be used against her and/or cover up the fact she was used without her knowledge by Ng., Bennett, and second sons' father.
Plaintiff is stating Bennett and Hodgins' family have continued to use these pictures against her as blackmail for her complaints slandering her.

Page 1

Scanned by: ____
Folder Location: Mon
File Name: ____09cv____
Names of Attachments, if any: ____

Plaintiff is stating she has since lost both children due to this action, and she has been threatened as well if she takes her three year old.
Plaintiff states she has never neglected her children, and any allegations/motions made by her in order to regain custody of her child, /both have
been denied.
Plainitff states her children have grieved for her.
Plaintiff states that these actions have severely damaged her and her two children .
Plaintiff states that she was then mentally abused by T.W.Ng, and was unable to work.
Plaintiff states she was still providing child support to her eldest son, Andrew..
Plaintiff states that she was in one room with T.W.Ng for a period of four years, and finally called her brother for help.
Plaintiff states her brother was made aware of in her opinion of abuse towards her in this room.
Plaintiff is stating that sexual abuse and mental became severe and her life was threatened by Ng. and Bennett.
Plaintiff states that during the four year period in Sharon, that T.W.Ng began overpowering her financially, and mentally.
Plaintiff states she studied , and tried to work yet was hindered slowly by T.W.NG.
Plaintiff states she made every attempt to stay near her son, who was residing with his father .
Plaintiff states that T.W.Ng began taking over child support payments to her sons. father in excessive amounts, without her knowledge.
Plaintiff states that her son was being held away from her by T.W.Ngs' encounters with his father, and their conversations.
Plaintiff states she moved to Braintree and filed for custody of her eldest son Andrew, and proceeded to be bothered and/or followed by T.W.NG.
Plaintiff states that the mental anguish inflicted by T.W.NG, and his association with her sons' father hindered her ability to pursue a lucritive career.
Plaintiff states that she was followed by the Braintree Police one evening and stopped.
Plaintiff states she was asked if she was drinking and honestly answered .
Plaintiff states that officer Machoon told her someone had called in.
Plaintiff states that previously to this event she was trying to find a safer place for her and her 10 year old son Andrew, away from T.W.Ng.
Plaintiff states this converstaion ended with T.W.Ngs' interference as it was in a bar that she was observed talking to a police officer.
Plaintiff states she was charged with neglect of her son, and was then omissed .
Plaintiff states she was unaware of Bennetts observations of her asking for help.
Plaintiff states that T.W.Ng. was there still.
Plaintiff  states that she immmediately wanted and sought for another place to go in order to get away from T.W.NG and Bennetts; unknow still cybersurveillance of her.
Plaintiff states she was going to another state in order to adequately provide for her son, now eleven Andrew.
Plaintiff states that T.W.NG  drove her sons' father to court while she was imprisoned in order to use this as an excuse in order to take full Sole Legal custody.
Plaintiff states she heaved herself in to court and fathers sought action was denied,.
Plaintiff is stating that her plans were made to another state in which she was going to further her career as a Realtor to an interior designor.
Plaintiff states she went out on night after six months to a nightclub in somerville, and at which time met second childs' father M.Hodgin.
Plaintiff states she was deceived during their dating period as to the corolation between Hodgin , Bennett andd unfortunately the bartender T.W.NG.
Plaintiff is stating that she was referred to after her second sons' birth as a prostitute by Bennett.
Plaintiff had forgotten about the time period in Sharon in which she became ill due to T.W.Ngs' mental and sexual abuse, and fell shortly into an addiction
of a substance .
Plaintiff states this addiction overpowered her for a short time, at which time pictures were taken of her .
Plaintiff states that after her second child was born, that clubowner Bennett began

Page 2

showing them in order to defend himself and refer to her immorally
Plaintiff states that her second sons' grandparents showed these to DSS in order to take her five month old son Ryan.
Plaintiff states that her sons' grandparents began violently threatening her and assaulting her.
Plaintiff is stating they have continued to refer to these pictures and blackmail her with now the assistance of Fred Jones.
Plaintiff is stating that she is now being blackmailed eleven years later and severely abused by the Hodgins attempts on her life, and incinuations of.
Plaintiff is stating that when her son was removed , she was not in her right state of mind due to being violently threatened and drugged by the Hodgins.
Plaintiff was not in right state of mind when signing temporary custody to M.Hodgin .

Plaintiff states Fred Jones had her apartment wired up, and was unaware of his explicit tapings of her , in which he reported making money from to her.
Plaintiff states that she was hospitalized due to trauma from second sons' grandparents .
Plaintiff states it was in the hospital that Fred Jones began communicating these funds and knowledge of to her, via cyber technology.
Plaintiff states Fred Jones began watching her and talking to her in these means for the next two years, and radiated beeps throughout her apartment.
Plaintiff states Fred Jones watched her write her original criminal/civil affidavit regarding T.W.Ng. Michael Bennett,and the Hodgins.
Plaintiff states that Fred jones began mentally abusing her regardomg this and threatening her for the defendants.
Plaintiff is stating that the pictures taken of her eleven years earlier were being now used by the Hodgins, & Bennett in an attempt to coerce the Middlesex
Superior court, and Probate as well.
Plaintiff states that Michael Sullivan coerced first seen judge into not reading her affidavit, in which she requested.
Plaintiff is stating that her second son was held from her and all motions filed by her have been denied by Judge Gibson.
Plaintiff is stating that this is due to Judicial Tampering.
Plaintiff is stating that Bennett and the Hodgins have Blackmailed her through old pictures of an illness, in which she has been fully recovered
from for over a decade.
Plaintiff is stating she has been slandered , morally and mentally by the (Middleses probate, and superior).
Plaintiff is stating that she and her children have suffered punitive damages as a result of this.
Plaintiff is stating her life has been attempted on by these associates of the Glass Slipper.
Plaintiff is stating that Fred Jones has been maliciously stalking her, with cyber technological methods, and capitalizing from this for himself , as well as Bennett and her youngest
childs family.
Plaintiff is stating that Fred Jones is defending T.W.Ng.,Michael Bennett, and her second sons' family the Hodgins.
Plaintiff is stating that Fred Jones has been defended by them through pictures taken of her over a decade ago by Michael Bennett
Plaintiff is stating that her calls made to offficials were ignored due to coersion.

Plaintiff states that T.W.Ng was told by Hodgin to not "extort" her eldest child Andrew, therefor Andrew was returned to his mother .
Plaintiff is stating that T.W.Ng then stopped any monies payed at all to Anrews' father .
Plaintiff is stating that T.W.NG began giving keys out to her apartment, without her knowledge to Bennett, and Hodgin in order to harrass, and threaten her.
Plaintiff states she was assaulted by her then one year old sons family, the Hodgins upstairs of her downstairs apaaartment.
Plaintiff states her eldest sons' father was allowed inside as well, as he now had no place to live, yet aginst plaintiffs' knowledge due to T.W.Ng
It was during this time that Richard Schiavo, eldest sons' father was being abusive

Page 3

to the plaintiff, as she was also being threatened by her youngest sons family the Hodgeins.
Plaintiff states she was running outside for her life and was inside her apartment hidden in the hallway for around fourty miniutes while being assaulted with deadly weapons per Hodgin.
Plaintiff is stating that Fred Jones and Hodgin have proceeded to sexually abuse, and incinuate illegal activity through police coersion as well .
Plaintiff is aware of eldest sons' father being severely wounded throughout this.
Plaintiff states this has been blamed on her by now seventeen year olds' hearsay slanderous alllegations and extortion defense per Jones and Hodgin.
Plaintiff states that her license to operate in Massachusetts has been revoked since 1997-2009 due to these conspiratorial actions, and
have contributed to the attempts on her life, as well as her loss of children.

Plaintiff is seeking Justification of the Coersion of Government Agencies (Hodgin)
Plaintiff is seeking Justification for Attempted Murder. (Hodgin)
Plaintiff is seeking Justification for the Extortion of two children. (Hodgin)
Plaintiff is seeking Justification for Slander, and Defamation of Character.
Plaintiff is seeking Justification for Racial Degration. (Jones)
Plaintiff is seeking Justification Invasion Of Privacy. (Ng)
Plaintiff is seeking Justification for Incinuation of Illegal Pornography. (Jones)
Plaintiff is seeking Justification for Threatening of Ones' Life. (Jones, Ng)
Plaintiff is seeking Justification for Sexual Interrogation. (Jones)
Plaintiff is seeking Justification for Attempted Manslaughter. (Jones)
Plaintiff is seeking Justification for Police Coersion. (Jones)
Plaintiff is seeking Justification for Cospiracy to Committ Prostitution. (Bennett, Jones, Hodgin)
Plaintiff is seeking Justification for Interference with Peace of Mind. (Jones, Ng)
Plaintiff is seeking Justification for Blackmail. (Bennett)
Plaintiff is seeking Justification for Neglect of Abuse Of a Child.
Plaintiff is seeking Justification for Illegal Wire Tapping. (Jones)
Plaintiff is seeking Justification for Arbitration. (Bennett)
Plaintiff is seeking Justification for Manslaughter. (Jones)
Plaintiff is seeking Justification for Malicious Stalking. (Ng)
Plaintiff is seeking Justification for Mental Abuse. (Ng)
Plaintiff is seeking Justification for Sexual Abuse. (Ng, Jones)
Plaintiff is seeking Justification for Entrapment. (Bennett, Ng)
Plaintiff is seeking Justification for Victimization of A Victim.
Plaintiff is seeking Justification for Medical Malpractice.
Plaintiff is seeking Justification for Mental Anguish. (Ng, Bennett)
Plaintiff is seeking Justification for Judicial Tampering. (Bennett, Jones)

Albert + Jean Hodgin
11 Phillips Ave.
Burlington. MASS
02155

~~Michael Hodgin~~
~~71 Puritan Road~~
~~Sxxx~~

Please Forward to
U.S. Attorney

Fred Jones
c/o mikes Gym
medford, mass.
Home Address Unknown

Page 4

Please Forward to
U.S. Attorney

~~Extortion of ~~

Please Forward to U.S. Attorney

Michael Benett
c/o Glass Slipper
Boston, Mass.

(Civil) (Criminal)

~~Glass~~ T.W. Ng. c/o Glass Slipper
303 Spring Street Ext. Medford, MASS

(Civil)