

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

June 1, 2009

Hon. Michael A. Sullivan, Clerk
Middlesex Superior Court
200 TradeCenter
Woburn, MA 01801

Re: Hope Sherburne v. Division Of Insurance, Board Of Appeal On Motor Vehicle Liability Policies And Bonds, Office Of Consumer Affairs And Business Regulations
No. MICV2009-00862

Dear Mr. Sullivan:

Enclosed for filing and docketing in the above-referenced matter in accordance with Superior Court Standing Order 1-96, ¶ 2, please find:

1. Notice of Appearance.

2. The certified record of the administrative proceedings below in one volume.

Thank you for your kind attention to this matter.

Very truly yours,

Margaret C. Parks
Assistant Attorney General
617-963-2864

enc.

cc (w/enc): Hope Sherburne
78 Florence St.
Everett, MA 02147

Forward to U.S. Attorney