UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| HOPE E. SHERBURNE<br>Plaintiff | )<br>)<br>) | |
| v. | ) | CIVIL NO. 09-222-P-H |
| MICHAEL ROMANO, et al.,<br>Defendants | )<br>)<br>) | |

## **JUDGMENT**

In accordance with the Order Adopting the Recommended Decision, issued by District Judge D. Brock Hornby on July 27, 2009, Judgment of Dismissal is hereby entered as to Defendants Michael Romano, Michael Bennett, Fred Jones and T.W. Ng.

                                          Linda L. Jacobson
                                          Clerk of Court

                                          /s/ Melody Whitten
                      By:    Melody Whitten
                                            Deputy Clerk

Dated this 27th day of July 2009.